182 ENGEL vs. CIRCUIT JUDGE (Wayne), No. 14959, 106 M., 654.

To vacate an order dismissing an appeal from a Justice Court where the judgment was for less than $50.

Denied October 8, 1895, without costs.

This cause and No. 623 were brought to test the constitutionality of the Local Act of 1895, enlarging the jurisdiction of Justices' Courts in the City of Detroit, and limiting appeals therefrom to cases where the judgment was for $50 or upwards, except where the same were allowed by the Circuit Court.